UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

W. B..,

        Plaintiff,

  v.

KRISTI NOEM, et al.,

        Defendants.

Case No. 25-cv-03407-JSW

**ORDER ADVANCING PRELIMINARY INJUNCTION HEARING**

This case has been related to *Doe v. Trump*, 25-cv-3140-JSW. That case and other related cases are set for a preliminary injunction hearing on May 13, 2025 at 9:00 a.m. The Court ADVANCES the hearing in this case from May 20, 2025 to May 13, 2025 at 9:00 a.m., and the parties shall follow the briefing schedule in the related cases. The Government's opposition shall be due by 2:00 p.m. May 6, 2025, and Plaintiff's reply shall be due by 7:00 p.m. May 9, 2025.

    **IT IS SO ORDERED**.

Dated: May 2, 2025

JEFFREY S. WHITE
United States District Judge