UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br>    Plaintiff,<br>v.<br>DONALD J. TRUMP, et al.,<br>    Defendants. | Case No. 25-cv-03140-JSW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCES** |
| S.Y., *et al.*,<br>    Plaintiffs,<br>v.<br>KRISTIN NOEM, *et al.*,<br>    Defendants. | Case No. 25-cv-03244-JSW |
| ZHUOER CHEN, *et al.*,<br>    Plaintiffs,<br>v.<br>KRISTI NOEM, *et al.*,<br>    Defendants. | Case No. 25-cv-03292-JSW |
| W.B.,<br>    Plaintiff,<br>v.<br>KRISTI NOEM, *et al.*,<br>    Defendants. | Case No. 25-cv-03407-JSW |

|   |   |
|---|---|
| J.C., *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>KRISTI NOEM, *et al.*,<br><br>        Defendants. | Case No. 25-cv-03502-JSW |

These matters are set for an initial case management conference on August 1, 2025. The Court is no longer available on that date, and the matters are not yet at issue. Accordingly, the Court CONTINUES the case management conferences to September 26, 2025 at 9:00 a.m. The parties shall file a joint case management conference statement by September 19, 2025.

**IT IS SO ORDERED.**

Dated: July 14, 2025

_____
JEFFREY S. WHITE
United States District Judge