CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| W.B., <br><br> Plaintiff, <br><br> v. <br><br> KRISTI NOEM, Secretary of the United States Department of Homeland Security, *et al.*, <br><br> Defendants. | Case No. 4:25-cv-03407 JSW <br><br> **ORDER GRANTING FOURTH STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT** |

    The parties apologize to the Court for not submitting this extension request prior to Defendants' current response deadline of August 29, 2025, due to the parties' need to confer regarding a uniform deadline for Defendants' response to Plaintiff's complaint.  On August 25, 2025, the Court granted the parties' third stipulation to allow time for the parties to discuss possible resolution of this case, setting a due date for Defendants' response to Plaintiff's complaint as August 25, 2025. *See* Dkt. No. 59.  The parties hereby stipulate to a brief additional extension of time for Defendants' response to Plaintiff's complaint.  Defendants will file their response on or before September 8, 2025. The parties make this request because Defendants' counsel needs additional time to confer Plaintiff's counsel in this case and the three other related cases regarding a uniform deadline for Defendants' response.  For these reasons, and as articulated below in Declaration of Counsel, the parties respectfully request that the Court grant

Stipulation to Extend
C 4:25-cv-03407 JSW                1

their stipulation.

Dated: August 29, 2025                                  Respectfully submitted,[1]

                                                          CRAIG H. MISSAKIAN
                                                          United States Attorney

                                                          */s/ Elizabeth D. Kurlan*
                                                          ELIZABETH D. KURLAN
                                                          Assistant United States Attorney
                                                          Attorneys for Defendants

Dated: August 29, 2025

                                                          */s/ Ben Loveman*
                                                          BEN LOVEMAN
                                                          Reeves Immigration Law Group
                                                          Attorneys for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED. Defendants will file their response to Plaintiff's complaint by September 8, 2025.

Date:   September 2, 2025

                                                          JEFFREY S. WHITE
                                                          United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.