1
2
3
4                          UNITED STATES DISTRICT COURT
5                         NORTHERN DISTRICT OF CALIFORNIA
6
7                     **ORDER REQUIRING JOINT STATUS REPORT**
8

| | |
|---|---|
| JOHN DOE,<br><br>              Plaintiff,<br><br>        v.<br><br>DONALD J. TRUMP, et al.,<br><br>              Defendants. | Case No.  25-cv-03140-JSW<br><br>Dkt. No. 100 |
| S.Y., *et al.*,<br><br>              Plaintiffs,<br><br>        v.<br><br>KRISTIN NOEM, *et al.*,<br><br>              Defendants. | Case No. 25-cv-03244-JSW<br><br>Dkt. No. 76 |
| ZHUOER CHEN, *et al.*,<br><br>              Plaintiffs,<br><br>        v.<br><br>KRISTI  NOEM, *et al.*,<br><br>              Defendants. | Case No. 25-cv-03292-JSW<br><br>Dkt. No. 114 |

United States District Court
Northern District of California

1

United States District Court
Northern District of California

| | |
|---|---|
| W.B., | Case No. 25-cv-03407-JSW |
| Plaintiff, | |
| v. | |
| KRISTI NOEM, *et al.*, | |
| Defendants. | |
| J.C., *et al.*, | Case No. 25-cv-03502-JSW |
| Plaintiffs, | Dkt. No. 65 |
| v. | |
| KRISTI NOEM, *et al.*, | |
| Defendants. | |

On February 5, 2026, the United States Court of Appeals for the Ninth Circuit dismissed the pending appeals, pursuant to the parties' stipulation.  The Court HEREBY ORDERS the parties to file a joint status report by February 13, 2026, that addresses whether they have resolved these matters and, if they have not, a proposed case management schedule for the Court's consideration.

**IT IS SO ORDERED.**

Dated: February 6, 2026

_____
JEFFREY S. WHITE
United States District Judge

2