UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ORDER REQUIRING JOINT STATUS REPORT**

| | |
|---|---|
| JOHN DOE,<br>        Plaintiff,<br>v.<br>DONALD J. TRUMP, et al.,<br>        Defendants. | Case No. 25-cv-03140-JSW<br><br>Dkt. No. 102 |
| S.Y., *et al.*,<br>        Plaintiffs,<br>v.<br>KRISTIN NOEM, *et al.*,<br>        Defendants. | Case No. 25-cv-03244-JSW<br><br>Dkt. No. 78 |
| ZHUOER CHEN, *et al.*,<br>        Plaintiffs,<br>v.<br>KRISTI NOEM, *et al.*,<br>       Defendants. | Case No. 25-cv-03292-JSW<br><br>Dkt. Nos. 116-117 |

1

|   |   |
|---|---|
| W.B.,<br>　　　　Plaintiff,<br>　　v.<br>KRISTI NOEM, *et al.*,<br>　　　　Defendants. | Case No. 25-cv-03407-JSW<br><br>Dkt. No. 68 |
| J.C., *et al.*,<br>　　　　Plaintiffs,<br>　　v.<br>KRISTI NOEM, *et al.*,<br>　　　　Defendants. | Case No. 25-cv-03502-JSW<br><br>Dkt. No. 67 |

The Court has received and considered the stipulated request for an extension of time to submit a status report in these related cases, and it finds good cause to grant the request.[1] Accordingly, the parties shall submit a joint status report by February 20, 2026.

**IT IS SO ORDERED.**

Dated: February 17, 2026

　　　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey S. White
　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The Court has not consolidated the cases.

2