CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
WILLIAM SKEWES-COX (DCBN 1780431)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7298
Facsimile: (415) 436-6748

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| W.B., | No. 25-cv-03407-JSW |
| Plaintiff, | **ORDER REGARDING JOINT STATUS REPORT AND REQUIRING FURTHER JOINT STATUS REPORT** |
| v. | |
| MARKWAYNE MULLIN, *et al.,* | |
| Defendants. | |

Pursuant to the Court's Order dated June 16, 2026, Dkt. No. 79, the parties submit this joint status report.

1.      The parties' negotiations about whether this matter can be resolved without further involvement of the Court remain ongoing.  The parties have made significant progress, have agreed in principle on the non-monetary portions of a settlement agreement, and are submitting the terms to their clients for approval.  The parties will next turn to negotiations regarding the attorney's fees to be paid to Plaintiffs under the Equal Access to Justice Act.

2.      The parties anticipate that additional discussions will continue over the next few weeks. Accordingly, the parties propose that they submit a further status report on July 31, 2026, to report whether they have reached a resolution, or whether they need additional time to complete the process.

ORDER
4:25-cv-3407-JSW                                    1

DATED:  June 29, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*s/ Pamela T. Johann\**
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Defendants

DATED:  June 29, 2026

REEVES IMMIGRATION LAW GROUP

*/s/ Ben Loveman*
BEN LOVEMAN

Attorneys for Plaintiff W.B.

*In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.  The Parties will file a joint status report by July 31, 2026.

Date:   July 1, 2026

HON. JEFFREY S. WHITE
United States Senior District Judge

ORDER
4:25-cv-3407-JSW                                        2