United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

W. B.,

Plaintiff,

v.

MARKWAYNE MULLIN, et al.,

Defendants.

Case No. 25-cv-03407-JSW

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

Re: Dkt. No. 86

The Court has received and considered the parties' joint status report and ORDERS them to appear via Zoom webinar on September 4, 2026, at 9:00 a.m. for a case management conference. The parties shall meet and confer and submit a joint case management conference statement by August 28, 2026, with a proposed schedule that shall include deadlines for Defendants to answer and produce the administrative record, ADR proposals, and a briefing schedule for Plaintiff's anticipated motion for summary judgment. If the parties cannot agree on scheduling or ADR procedures, they shall include a brief explanation justifying their proposals.

**IT IS SO ORDERED**.

Dated: August 19, 2026

JEFFREY S. WHITE
United States District Judge